IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **SELMA LEE OLIVER-SMITH,** | : | |
| **Plaintiff** | : | |
| vs. | : | |
| **Officer MORGAN,** *et al.*, | : | NO. 5:12-CV-279 (MTT) |
| **Defendants** | : | **O R D E R** |

On July 16, 2012, the Court received a complaint filed under 42 U.S.C. § 1983 by Plaintiff, **SELMA LEE OLIVER-SMITH**, then a prisoner at the Bibb County Law Enforcement Center ("BCLEC") (Doc. 1). Pursuant to Plaintiff's request, the Court on July 24th mailed Plaintiff at the BCLEC a copy of her complaint. Said mailing was subsequently returned to the Court as undeliverable (Doc. 5). Plaintiff has not notified this Court of her release or her whereabouts.

As this Court has no information regarding Plaintiff's current address, her complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 13th day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT